IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KRISTA B. CHRISTENSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No.  2:12-cv-00248-CW-BCW<br><br>Judge Clark Waddoups |

　　　　This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 8.) On September 15, 2014, Judge Wells issued a Report and Recommendation recommending that the court affirm the Commissioner's decision that Plaintiff does not qualify for Disability Insurance Benefits under Title II of the Social Security Act. (Dkt. No. 23.) Plaintiff filed an Objection raising primarily the same arguments that had been raised before Judge Wells. (Dkt. No. 24.) Defendant filed a Response (Dkt. No. 25) to the Objection. The court has carefully considered the Report and Recommendation, the Objection, the Response, as well as the briefs that were submitted to Judge Wells, and the administrative record, including the decision of the Administrative Law Judge ("ALJ").

　　　　Plaintiff has failed to persuade the court in her Objection that the Magistrate Judge did not correctly apply the law in reviewing the ALJ's determinations and the administrative record. To the contrary, the court finds that the Magistrate Judge applied the correct standard of review and that the conclusions are supported by the record and the supporting legal authorities.

Accordingly, and upon a *de novo* review of the Judge Wells's findings, the court APPROVES AND ADOPTS Judge Wells's Report and Recommendation (Dkt. No. 23) in its entirety, thus affirming the Commissioner's denial of benefits.

SO ORDERED this 18th day of March, 2015.

BY THE COURT:

_____
Clark Waddoups
United States District Judge